# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO.155 |
| | : | |
| AMENDMENT OF RULE | : | DISCIPLINARY RULES DOCKET |
| 221 OF THE PENNSYLVANIA | : | |
| RULES OF DISCIPLINARY | : | |
| ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2017, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for public comment in the Pennsylvania Bulletin, 47 Pa.B. 3490 (June 24, 2017):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 211 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets